**In the**
**United States Court of Appeals**
**for the Eleventh Circuit**

**Appeal No. 16-14534**

---

**PAUL F. JANNUZZO,**

*Plaintiff – Appellant*,

**versus**

**GLOCK, INC.; CONSULTINVEST, INC.; ROBERT T. CORE, and**
**JOHN F. RENZULLI,**

*Defendants – Appellees,*

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

---

**APPELLANT'S MOTION TO EXTEND DEADLINE FOR APPELLANT'S**
**REPLY BRIEF**

---

John Da Grosa Smith
Kristina M. Jones
**SMITH LLC**
1320 Ellsworth Industrial Blvd. N.W.
Suite A1000
Atlanta, GA 30318
(404) 605-9680

*Counsel for Plaintiff-Appellant*

**Jannuzzo v. Glock, Inc., No. 16-14534**
**C-1 of 2**

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Plaintiff-Appellant Paul F. Jannuzzo hereby states the following individuals and entities have an interest in the outcome of this appeal:

Bersinger, Amanda Kay Seals

Bondurant, Mixson & Elmore, LLP

CON Holding GmbH

Consultinvest, Inc.

Core, Robert T.

Doherty, Ronan Doherty

Floyd, John E.

Glock, Gaston

Glock GesmbH

Glock Imobilion Management GesmbH

Glock, Inc.

Inc. Holding GesmbH

Jannuzzo, Paul F.

Jones, Kristina M.

Kohler, Michael Paul

**Jannuzzo v. Glock, Inc., No. 16-14534**
**C-2 of 2**

Miller & Martin PLLC

Mykkeltvedt, Tiana Scogin

Parker, Christopher Evan

Renzulli, John F.

Smith LLC

Smith, John Da Grosa

Thrash, Judge Thomas W.

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, there is no publicly traded company or corporation that has an interest in the outcome of this appeal.

COMES NOW Appellant Paul F. Jannuzzo, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and 11th Circuit Rule 31-2, and respectfully requests that the Circuit Court extend the deadline for Appellant's Reply Brief by 16 days, from Wednesday, September 13, 2017 to Friday, September 29, 2017. In support of this Motion, Appellant shows as follows:

1.      Both Appellant and Appellees previously requested (and were granted) an additional 38 days to file their opening briefs.

2.      Appellant made that request because its counsel, John Da Grosa Smith and Kristina M. Jones, represented the defendant in an unrelated case that was specially set for a jury trial before Judge Thrash in the United States District Court for the Northern District of Georgia shortly before Appellant's opening Brief was due. In the interest of fairness to all parties, Appellant also requested an additional 38 days for Appellees to file their Response Brief.

3.      This Court granted the request for additional time for Appellant's Brief. In accordance with the Court's order, Appellant filed his opening brief on June 23, 2017.

4.      Counsel for Appellees subsequently requested the same 38 additional days. The Court also granted that request and Appellees filed their Response Briefs on August 30, 2017.

1

5. Due to concurrent deadlines in other cases, including deadlines for post-trial motions following the afore-mentioned jury trial, Appellant now requests an additional 16 days to file his Reply Brief.

6. Pursuant to 11th Cir. Rule 26-1, the undersigned hereby confirms that Appellant's counsel has consulted with opposing counsel for all parties with respect to this Motion. Opposing counsel has stated that it takes no position with respect to the relief sought.

WHEREFORE, Appellant respectfully requests that the Circuit Court extend the deadline for filing his Reply Brief from Wednesday, September 13, 2017, to Friday, September 29, 2017.

This the 5th day of September 2017.

Respectfully submitted,

*/s/ John Da Grosa Smith*
John Da Grosa Smith
Georgia Bar No. 660946
jdsmith@smithlit.com

Kristina M. Jones
Georgia Bar No. 435145
kjones@smithlit.com

SMITH LLC
1320 Ellsworth Industrial Blvd. N.W.
Suite A1000
Atlanta, GA 30318
(404) 605-9680

*Counsel for Plaintiff-Appellant*

2

## CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMITATION, TYPEFACE
## REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 352 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally-spaced, serifed 14-point Times New Roman typeface, using Microsoft Word 2016.

This 5th day of September 2017.

*/s/ John Da Grosa Smith*
John Da Grosa Smith
Georgia Bar No. 660946
jdsmith@smithlit.com

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 5th day of September 2017, on all counsel or parties of record on the Service List below.

*/s/ John Da Grosa Smith*
John Da Grosa Smith
Georgia Bar No. 660946
jdsmith@smithlit.com

## SERVICE LIST

BONDURANT, MIXSON & ELMORE, LLP
Ronan Doherty, Esq.
doherty@bmelaw.com
John E. Floyd, Esq.
floyd@bmelaw.com
Amanda Kay Seals Bersinger, Esq.
bersinger@bmelaw.com
*Counsel for Defendants-Appellees Glock, Inc., Consultinvest, Inc., and John F. Renzulli*

MILLER & MARTIN
Christopher Evan Parker, Esq.
chris.parker@millermartin.com
Michael Paul Kohler, Esq.
mkohler@millermartin.com
*Counsel for Defendant-Appellee Robert T. Core*